UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| LARRY A. PULLUM, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
|  | ) | No. 3:14-01233 |
| v. | ) | Judge Sharp |
|  | ) |  |
| DAVID ELOLA, et al., | ) |  |
|  | ) |  |
| Defendants. | ) |  |

## ORDER

For the reasons set forth in the accompanying Memorandum, the Court hereby rules as follows:

(1) The Reports and Recommendations (Docket Nos. 133 and 136) are ACCEPTED and APPROVED, except to the extent that they recommend denial of the Motion for Summary Judgment filed by Defendant Molnar.

(2) The Motions for Summary Judgment (Docket Nos. 78 & 80) are GRANTED and summary judgment is hereby entered in FAVOR OF Defendants Amber Molnar, David Elola, Donnie Young, Scott Miller, Neville Jinkins, Michael Neumeyer, and Southern Health Partners, and the claims against those Defendants are DISMISSED WITH PREJUDICE.

(3) Defendants' Motion to Strike (Docket No. 95) is DENIED, except to the extent that Plaintiff did not respond to Defendant's Concise Statement of Undisputed Facts as required by Local Rule 56.01(g).

(4) In light of the foregoing rulings, Defendant's Motion for Conference With Magistrate (Docket No. 113) is DENIED.

The Clerk of the Court shall enter a final judgment in accordance with Rule 58 of the Federal Rules of Civil Procedure.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE